UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 22-cr-20324
                                      Hon. Matthew F. Leitman

SALVADOR CAMPOS-MERCADO,

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S
## MOTION FOR EXTENSION OF STAY (ECF No. 29)

On July 8, 2022, the assigned Magistrate Judge granted bond to Defendant Salvador Campos-Mercado. (*See* Dkt.) The Magistrate Judge then stayed her bond ruling until July 11, 2022, so that the Government could seek review of that ruling before the undersigned.

On July 11, 2022, the Government filed an appeal of the Magistrate Judge's bond ruling. (*See* Bond Appeal, ECF No. 28.) The Government also filed a motion to extend the stay on the Magistrate Judge's bond ruling while the Court considers its appeal. (*See* Mot., ECF No. 29.)

On July 11, 2022, the Court held an on-the-record status conference with counsel to discuss the stay issue. For the reasons explained on the record during the status conference, the Court **GRANTS** the Government's motion for a stay. The

1

bond granted by the Magistrate Judge and the release of Campos-Mercado are **STAYED** pending further order of the Court following a hearing on the Government's appeal. The Court will hold that hearing as soon as its schedule allows.

    **IT IS SO ORDERED**.

Dated: July 11, 2022

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126